IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JERRALE MARTIN,

    Plaintiff,

v.   No. 02-1204-B/P

CORRECTIONS CORPORATION OF
AMERICA, et al.,

    Defendants.

## ORDER OF REFERENCE

The above matter is hereby referred to Magistrate Judge Tu Pham for all discovery and non-dispositive motions presently pending and/or filed during the course of this litigation.

**IT IS SO ORDERED** this 6th day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/9/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 1:02-CV-01204 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT